# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JANA K. LANDRY, Individually, and as next of kin and personal representative of Matthew Conard Nelson (Deceased), | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-17-370 |
| TEXAS DEPT. OF CRIMINAL JUSTICE, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The plaintiff, Jana K. Landry, filed a second amended complaint and withdrew claims against the following defendants: Bryan Collier; Steven Sperry; Dr. Michael Seale; Syed Aziz ur-Rahman; and Rosemary Ojih. (Docket Entry No. 41). Those defendants are dismissed without prejudice.

SIGNED on April 25, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge